UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL ASAMOAH,**

    **Plaintiff,**

  v.

    Case No. 2:21-cv-4039
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Kimberly A. Jolson

**CAPSTONE LOGISTICS LLC,** *et al.*,

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 9, 2021 (ECF No. 3), and Plaintiff's Motion for Default Judgment filed on October 12, 2021 (ECF No. 7).  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation denying Plaintiff's Motion for Leave to Proceed in forma paureris and dismissing this case for want of prosecution. (ECF No. 3.) For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF No. 1), **DENIES** Plaintiff's Motion for Default Judgment (ECF No. 7), and **DISMISSES** this case. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**

**11/12/2021**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**